UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Olha Borovykh Jimenez,
                    Plaintiff,

                                                    Case No.: 3:26-cv-00596-YY

              v.                                    NOTICE TO SELF-
                                                    REPRESENTED LITIGANTS

United States Citizenship and Immigration
Services et al,
                    Defendants.

1.  You may only represent yourself and not anyone else. Entities such as corporations can only be represented by an attorney.

2.  You can find information about representing yourself, including the Handbook for Self-Represented Parties, on the court's website: https://ord.uscourts.gov/index.php/representing-yourself.

3.  Keep the court and opposing counsel advised in writing of your contact address, telephone number, and email address.

4.  You must follow all of the Federal Rules of Civil Procedure and the court's Local Rules of Practice and Procedure, which are available on the court's website: https://ord.uscourts.gov/index.php/rules-orders-and-notices. This includes conferring with opposing parties before filing motions, where applicable. The court encourages all parties, including self-represented parties, to communicate with each other, including to discuss settlement.

5.  Federal Rule of Civil Procedure 4(m) requires you to serve a summons and a copy of your complaint on each defendant within 90 days after the complaint is filed. If you fail to do so, the court may dismiss your case.

6.  The court has no power to appoint counsel for you in this case, and may ask attorneys to volunteer as counsel only in exceptional cases. More information about finding an attorney can be found in the Handbook for Self-Represented Parties.

7.  Deadlines are important and you must comply with them even if you are representing yourself. If you cannot meet a deadline, request an extension of time prior to the expiration of a deadline.

8.  You may be required to pay for discovery, including any depositions that you take.

9.  If you use artificial intelligence to perform legal research or analysis for any document filed with the court, you must independently verify the existence and accuracy of any cited cases.

                                        _____
                                        /s/ Youlee Yim You
                                        United States Magistrate Judge